**Order filed March 21, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00153-CV
_____

**FIDEL PIZANO AND MARIA SANCHEZ AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**HREAL COMPANY, LLC, Appellee**

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1041050**

## O R D E R

The notice of appeal in this case was filed February 13, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **March 31, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM